## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 21, 2023

George Guerra
Guerra & Partners, PA
1408 N WESTSHORE BLVD STE 1010
TAMPA, FL 33607

Phillip Byron Jones
Evans Jones & Reynolds, PC
401 COMMERCE ST STE 710
NASHVILLE, TN 37219

Appeal Number: 23-13593-E
Case Style: Johnathan Williams, et al v. 3rd Home Limited, et al
District Court Docket No: 8:20-cv-01647-CEH-JSS

### NO ACTION / DEFICIENCY NOTICE

No action will be taken on the Motion for extension to file appellee brief submitted by Appellees 3rd Home Limited, 3rd Home Limited Co. and Wade Shealy. The appellee brief is not yet due. Upon the filing of the Appellants' brief, Counsel for the Appellees may re-file the motion for extension. [10077201-2]

**No deadlines will be extended** as a result of your deficient filing.

### ACTION REQUIRED

For motions for reconsideration or petitions for rehearing that are not permitted, no action is required or permitted. Your filing will not be considered.

For mistaken filings, to have your document considered, **you must file the document in the correct court.**

For all other deficiencies, to have your document considered, you **must refile the entire document** after all the deficiencies identified above have been corrected and you **must include**

any required items identified above **along with** the refiled document. No action will be taken if you only provide the missing items without refiling your entire document.

Please note that any filing submitted out of time must be accompanied by an appropriate motion, *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Notice No Action Taken